■ NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, Respondent, v ANASTASIOS REALTY LLC et al., Appellants. [41 NYS3d 894]—Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered April 5, 2016 which granted plaintiff's motion for summary judgment, unanimously affirmed, with costs, for the reasons stated by Kotler, J. Concur—Acosta, J.P., Andrias, Moskowitz, Gische and Webber, JJ. ■